Jillian R. O'Brien, Cal. Bar No. 251311
jillian.obrien@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Two Monument Square
Suite 703
Portland, ME 04101
Telephone: 207-387-2960
Facsimile: 207-387-2986

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Michelle L. Roberts – State Bar No. 239092
mroberts@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, CA 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Mark DeBofsky, admitted pro hac vice
mdebofsky@debofsky.com
Martina Sherman, admitted pro hac vice
msherman@debofsky.com
DeBofsky, Sherman & Casciari, P.C.
200 West Madison Street, Suite 2670
Chicago, IL 60606
Telephone: (312) 561-4040
Facsimile: (312) 929-0309

Attorneys for Plaintiff
ALLYSON CHAMBERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:18-cv-07718-RS<br><br>[PROPOSED] ORDER TO ENLARGE TRIAL DEADLINES<br><br>Complaint Filed: December 26, 2018<br>Trial Date: January 9, 2020<br>Judge: Hon. Richard Seeborg |

1

Case No. 3:18-cv-07718-RS

[~~PROPOSED~~] ORDER

The parties to the above-captioned action, Plaintiff Allyson Chambers and Defendant Hartford Life and Accident Insurance Company, have stipulated that the trial deadlines, including the November 19, 2019 deadline to file cross-opening briefs, the December 17, 2019 deadline to file cross-responsive briefs, and the January 9, 2020 bench trial, shall be extended by at least two months. Having reviewed the stipulation of the parties, and good cause shown, the Court grants the parties request to enlarge the trial deadlines by two months. Paragraph 2 of the Court's April 4, 2019 Case Management Scheduling Order shall be amended to reflect that the deadline to file cross-opening briefs shall be January 21, 2020, the deadline to file cross-responsive briefs shall be February 25, 2020, and the bench trial shall commence on March 23, 2020.

IT IS SO ORDERED.

DATED: 10/18/19

The Honorable Richard Seeborg
U.S. District Court Judge