1  Jenny H. Wang, CA Bar No. 191643
   jenny.wang@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Fifteenth Floor
3  695 Town Center Drive
   Costa Mesa, CA  92626
4  Telephone:     714-800-7900
   Facsimile:     714-754-1298
5
   Attorneys for Defendant
6  HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

7  Michelle L. Roberts – State Bar No. 239092
   mroberts@kantorlaw.net
8  KANTOR & KANTOR, LLP
   1050 Marina Village Pkwy., Ste. 105
9  Alameda, CA 94501
   Telephone: (510) 992-6130
10 Facsimile: (510) 280-7564

11 Mark DeBofsky, admitted pro hac vice
   mdebofsky@debofsky.com
12 Martina Sherman, admitted pro hac vice
   msherman@debofsky.com
13 DeBofsky, Sherman & Casciari, P.C.
   200 West Madison Street, Suite 2670
14 Chicago, IL 60606
   Telephone: (312) 561-4040
15 Facsimile: (312) 929-0309

16 Attorneys for Plaintiff
   ALLYSON CHAMBERS
17

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAMBERS, | Case No. 3:18-cv-07718-RS |
| Plaintiff, | **ORDER TO ENLARGE TRIAL DEADLINES** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Complaint Filed: December 26, 2018<br>Trial Date:       May 4, 2020<br>Judge:            Hon. Richard Seeborg |
| Defendant. | |

**ORDER**

The parties to the above-captioned action, Plaintiff Allyson Chambers and Defendant Hartford Life and Accident Insurance Company, have stipulated that the trial deadlines, including the March 3, 2020 deadline to file cross-opening briefs, the April 7, 2020 deadline to file cross-responsive briefs, and the May 4, 2020 bench trial, shall be extended by two weeks. Having reviewed the stipulation of the parties, and for good cause shown, the Court grants the parties' request to enlarge the trial deadlines by one month. The briefing deadline to file cross-opening briefs shall be March 24, 2020, the deadline to file cross-responsive briefs shall be April 28, 2020, and the bench trial shall commence on May 28, 2020 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/26/2020

_____
The Honorable Richard Seeborg
U.S. District Court Judge