Jenny H. Wang, CA Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
FACSIMILE: 714-754-1298

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Michelle L. Roberts – State Bar No. 239092
mroberts@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, CA 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Mark DeBofsky, admitted pro hac vice
mdebofsky@debofsky.com
Martina Sherman, admitted pro hac vice
msherman@debofsky.com
DeBofsky, Sherman & Casciari, P.C.
200 West Madison Street, Suite 2670
Chicago, IL 60606
Telephone: (312) 561-4040
Facsimile: (312) 929-0309

Attorneys for Plaintiff
ALLYSON CHAMBERS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLYSON CHAMBERS,<br><br>   Plaintiff,<br><br> v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>   Defendant. | Case No. 3:18-cv-07718-RS<br><br>**ORDER TO ENLARGE TRIAL DEADLINES**<br><br>Complaint Filed: December 26, 2018<br>Trial Date:   May 28, 2020<br>Judge:     Hon. Richard Seeborg |

**ORDER**

The parties to the above-captioned action, Plaintiff Allyson Chambers and Defendant Hartford Life and Accident Insurance Company, have stipulated that the trial deadlines, including the March 24, 2020 deadline to file cross-opening briefs, the April 28, 2020 deadline to file cross-responsive briefs, and the May 28, 2020 bench trial, shall be extended by at least one week. Having reviewed the stipulation of the parties, and for good cause shown, the Court grants the parties request to enlarge the trial deadlines by one week. The briefing deadline to file cross-opening briefs shall be 4/14/2020, the deadline to file cross-responsive briefs shall be 5/19/2020, and the bench trial shall commence on June 18, 2020 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
U.S. District Court Judge

DATED: 3/20/2020

42246069.1